UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

RAFI GIBLY, et al.

Plaintiff(s),

**v.**

BEST BUY CO., INC., et al.

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:21-cv-14531

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

s/ Aaron J. Solomon

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Andrew L. Kincaid

Address: Oved & Oved LLP
401 Greenwich Street
New York, New York 10013

E-mail: akincaid@ovedlaw.com
(One email address only)