UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Our File No.: 3459-156

| | |
|---|---|
| RAFT GIBLY, CHRISTIAN VIERI, YOSEF LIPKIN, ANTHONY NOUGUES GUITERA, RG7 INVESTMENTS, LLC, AND ANG OPERATIONS INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>BEST BUY CO., INC., and BEST BUY PURCHASING LLC,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 2:21-cv-14531-JMV-MAH**<br><br>**<u>NOTICE OF MOTION TO STAY</u>**<br><br>Judge John Michael Vazquez, U.S.D.J.<br>Judge Michael A. Hammer, U.S.M.J. |

**MOTION BY:** Defendants **BEST BUY CO., INC.** and **BEST BUY PURCHASING LLC** (hereinafter **"BEST BUY"**), by its attorneys, Durkin & Durkin, LLC

**SUPPORTING PAPERS:** The Declaration of David D.F. Lawrence, dated January 25, 2022, the Declaration of Anthony Davis dated January 25, 2022, and all exhibits annexed thereto; accompanying Memorandum of Law in Support of Defendants **BEST BUY'S** Motion to Stay Discovery, and all prior pleadings and proceedings heretofore had herein.

**RETURN DATE, TIME AND PLACE:** On **February 22, 2022** at 9 a.m. at the United States District Court, District of New Jersey, at the Courthouse thereof, located at: Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey before The Honorable Magistrate Judge Michael A. Hammer, on a date to be selected by the Court.

**RELIEF SOUGHT:** An Order: (1) to Stay Discovery pending resolution of **BEST BUY's** Motion to Dismiss pursuant to Rule 12(b)(6), and (2) for such other relief as this Court deems just and proper.

**ANSWER PAPERS:** Answering papers, if any, are required to be served upon the undersigned by a date to be set by the Court pursuant to Judge Hammer's Rules.

**DATED:** West Caldwell, New Jersey
January 25, 2022

By: /s/__ DDFL

**David D.F. Lawrence (DL 3335)**
**DURKIN & DURKIN, LLC**
Attorneys for Defendants
**BEST BUY CO., INC.** and **BEST BUY PURCHASING LLC**
1120 Bloomfield Avenue
P.O. Box 1289
West Caldwell, New Jersey 07007
(973) 244-9969
File No.: 3459-156

TO:

Aaron J. Solomon, Esq.,
OVED & OVED LLP
Attorneys for Plaintiffs
401 Greenwich Street
New York, New York 10013
(212) 226-2376