# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| **RAFI GIBLY, CHRISTIAN VIERI, YOSEF LIPKIN, ANTHONY NOUGUES GUITERA, RG7 INVESTMENTS, LLC, and ANG OPERATIONS INC.,** | **CIVIL ACTION** |
| ***Plaintiffs,*** | **NO. 2:21-cv-14531-JMV-MAH** |
| **-against-** | |
| **BEST BUY CO., INC., and BEST BUY PURCHASING LLC,** | |
| ***Defendants.*** | |

**DECLARATION OF ANTHONY DAVIS IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS**

I, Anthony Davis, submit this declaration pursuant to 28 U.S.C. § 1746, and declare as follows:

1. I am employed by Best Buy and submit this declaration in support of Defendants Best Buy Co., Inc. and Best Buy Purchasing LLC's ("Best Buy") Motion to Stay Discovery Pending Resolution of their Motion to Dismiss.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

3. In September 2019, Best Buy began conversations with Install Masters LLC ("Install Masters"), through Arsen ("Artie") Lusher, regarding delivery and installation services in the Southern New Jersey area.

4. In November 2019, Install Masters signed Best Buy's Master Services Agreement ("MSA"). Best Buy countersigned in March 2020.

DocuSign Envelope ID: 8501FC9C-5613-461A-984B-AEBC28E91647

5. In early 2020, Best Buy provided "onboard" training to Artie Lusher and Install Masters' employees.

6. In February 2020, Install Masters completed its first delivery and installation of merchandise purchased from Best Buy.

7. From February 2020 through June 2021, Install Masters performed delivery and installation services under the MSA. During this 16-month time period, invoices were generated for Install Masters' installation work, and Best Buy paid the invoices for the work performed.

8. During this time, Best Buy provided facility tours to Install Masters, which were no different in substance than tours Best Buy typically gives to other vendors in connection with their onboarding and continued training.

9. In July 2021, Best Buy provided formal notice of termination of the MSA to Install Masters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2022 in Somerdale, NJ

By: DocuSigned by: Anthony Davis 2F8043E5C6B9432...

Anthony Davis