**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| **RAFI GIBLY, CHRISTIAN VIERI, YOSEF LIPKIN, ANTHONY NOUGUES GUITERA, RG7 INVESTMENTS, LLC, and ANG OPERATIONS INC.,** | **CIVIL ACTION** |
| ***Plaintiffs,*** | **NO. 2:21-cv-14531-JMV-MAH** |
| **-against-** | |
| **BEST BUY CO., INC., and BEST BUY PURCHASING LLC,** | |
| ***Defendants.*** | |

**DECLARATION OF DAVID D.F. LAWRENCE**
**IN SUPPORT OF DEFENDANTS' MOTION TO STAY**

I, David D.F. Lawrence, submit this declaration pursuant to 28 U.S.C. § 1746, and declare as follows:

1. I am a partner of the law firm Durkin & Durkin, LLC, counsel for Defendants Best Buy Co., Inc. and Best Buy Purchasing LLC ("Best Buy"). I am a member of the state bar of New Jersey and the United States District Court for the District of New Jersey. I have personal knowledge of all facts herein and could testify competently to all of them if called to do so.

2. I submit this declaration in support of Defendants' Motion to Stay Discovery Pending Resolution of their Motion to Dismiss.

3. On November 24, 2021, I wrote a letter to Plaintiffs' counsel, providing a copy of the Master Services Agreement ("MSA") between Best Buy and Install Masters, which Install Masters signed in November 2019 and Best Buy countersigned in March 2020, as well as proof

of payments made from Best Buy to Install Masters for several installations performed from February 2020 through June 2021 and an example invoice detailing the delivery and installations performed by Install Masters during their first week working for Best Buy.

4. On December 15, 2021, Best Buy served its Initial Disclosures to Plaintiffs, which attached the following documents: (1) the MSA; (2) an excel spreadsheet of all invoices between Best Buy and Install Masters with invoice detail for each delivery and installation; (3) an excel spreadsheet detailing all payments made or account deductions from Best Buy to Install Masters as of July 2021 for delivery and installations completed; and (4) a letter to Install Masters from Best Buy dated July 13, 2021, terminating their business relationship.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January __, 2022 in [City, State]

By: _/s/__ DDFL
David D.F. Lawrence