**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAFI GIBLY, *et al.*,<br>*Plaintiffs*,<br>v.<br>BEST BUY CO., INC., *et al.*,<br>*Defendants*. | Civil Action No. 2:21-cv-14531<br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

On November 2, 2022, this Court entered an Opinion & Order dismissing Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). D.E. 61. The Court provided Plaintiffs with thirty (30) days to file an amended complaint that cures the noted deficiencies. The Court, however, explained that if Plaintiffs did not file an amended pleading within that time, their claims would be dismissed with prejudice. *Id.*; and it further

**APPEARING** that to date, Plaintiffs have not filed an amended pleading;

Therefore, and for good cause shown,

IT IS on this 15th day of December, 2022,

**ORDERED** that the Amended Complaint is dismissed with prejudice; and it is further

**ORDERED** that the Clerk's Office shall mark this matter as closed.

John Michael Vazquez, U.S.D.J.