**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | | |
|---|---|---|
| RAFI GIBLY, CHRISTIAN VIERI, YOSEF LIPKIN, ANTHONY NOUGUES GUITERA, RG7 INVESTMENTS, LLC, AND ANG OPERATIONS INC., *Plaintiffs* | : | Civil Action No.: 2:21-cv-14531 |
| - against - | : | |
| BEST BUY CO., INC., AND BEST BUY PURCHASING LLC, *Defendants*. | : | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Notice is hereby given that Plaintiffs Rafi Gibly, Christian Vieri, Yosef Lipkin, Anthony Nougues Guitera, RG7 Investments, LLC and ANG Operations Inc., by and through their attorneys, Oved & Oved LLP, appeal to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court, District of New Jersey, entered in this action on December 15, 2022 (Dkt. No. 63) dismissing the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
January 13, 2023

*/s/ Aaron J. Solomon*
Aaron J. Solomon, Esq.
Glen Lenihan, Esq. (*pro hac vice*)
Andrew L. Kincaid, Esq. (*pro hac vice*)
OVED & OVED LLP
*Attorneys for Plaintiffs*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2700
aaron@oved.com
glenihan@oved.com
akincaid@oved.com