UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1098

Rafi Gibly, et al v. Best Buy Company Inc, et al

(U.S. District Court No.: 2-21-cv-14531)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    June 21, 2023
TMM/cc:  Glen Lenihan, Esq.
Joseph M. McLaughlin, Esq.
Melissa E. Rhoads
George Wang, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate